AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **CRIMINAL COMPLAINT** |
| Jesus Alan Gonzalez-Perez | |
| YOB: 1999  COB: Mexico | Case Number: M-23- 0854 -M |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about **May 3, 2023** in **Starr** County, in the **Southern** District of **Texas**

(Track Statutory Language of Offense)

knowing or in reckless disregard of the fact that Jose Cristobal Orellana-Marquez and Jenny Perez-Patriz, citizens and nationals of El Salvador, along with five (5) other undocumented aliens, for a total of seven (7) who had entered the United States in violation of law, concealed, harbored or shielded from detection or attempt to conceal, harbor, or shield from detection such aliens in any place, including any building or means of transportation, to wit; a residence located in Roma, Texas,

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(iii)   FELONY**

I further state that I am a **U.S. Border Patrol Agent** and that this complaint is based on the following facts:

On May 3, 2023, Agents received information of a home near Roma, Texas being used to harbor suspected illegal aliens. Agents along with The Department of Public Safety (DPS) officers approached the residence, knocked on the front door and encountered a male subject later identified as, Jesus Alan Gonzalez-Perez, a national of Mexico and illegally present in the United States. Gonzalez gave Agents and DPS officers verbal consent to search his property. Inside the house Agents found three (3) people laying on the floor attempting to conceal themselves with a blanket. Outside in a tarp covered Sport Utility Vehicle with flat tires, that had been sitting for some time, agents found another four (4) people reclining in the seats and covering their faces in an attempt to conceal themselves. After initial questioning by Agents all subjects were determined to be illegally present in the United States without proper documentation. All subjects, to include Jesus Alan Gonzalez, were transported to the Rio Grande City, Texas Border Patrol Station for case processing.

Continued on the attached sheet and made a part of this complaint:   [X] Yes   [ ] No

Complaint authorized by AUSA D. Chung

/S/ Juan Garcia
Signature of Complainant

Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

Juan Garcia   Border Patrol Agent
Printed Name of Complainant

May 4, 2023 - 11:41 a.m.
Date

at   McAllen, Texas
City and State

Juan F. Alanis                 , U. S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-23- 0854 -M

**RE:** **Jesus Alan Gonzalez-Perez**

**CONTINUATION:**
**PRINCIPAL 1 STATEMENT:**

Jesus Alan Gonzalez-Perez, a citizen and national of Mexico, was advised of his Miranda Rights. He understood and agreed to provide a statement.

Gonzalez made his last illegal entry into the United States in 2019. He also admitted the seven (7) people found in his house are illegal aliens. Gonzalez picked up the illegal aliens from an abandoned house close to the brush three (3) or four (4) days ago and gets paid $100 per person. Gonzalez makes the males sleep in the abandoned car outside of his house because he fears for his family's safety and allows the females to sleep inside the house. He delivers the people to different vehicles at a local gas station near Garceno, Texas.

He got involved in alien smuggling when he traveled to Mexico and acquired some contacts involved in alien smuggling.

**MATERIAL WITNESS 1:**

Jose Cristobal Orellana-Marquez a citizen of El Salvador was read his MIRANDA RIGHTS and agreed to make a statement.

Orellana's family made the arrangements in El Salvador for him to be smuggled into the U.S. and paid approximately eight thousand dollars ($8,000). He crossed the river with four (4) other people and was picked up by a white truck. He was transferred to a red truck that finally took him to the home where he was ultimately apprehended. He and the other three (3) people were told to stay in a vehicle outside. He was not allowed to go to the restroom, the shower, or fed. It was extremely hot and uncomfortable in the vehicle and one night during a storm it got unbearably cold. He was only fed a slice of pizza or a small bread once a day with a bottle of water. They had to urinate outside but were not allowed to defecate anywhere. He was in the vehicle for approximately six (6) days.

Orellana was shown a photo lineup of six (6) male subjects and identified Jesus Alan Gonzalez-Perez as the driver of the red truck and the caretaker of the home telling them what to do.

**MATERIAL WITNESS 2:**

Jenny Perez-Patriz a citizen of El Salvador was read her MIRANDA RIGHTS and agreed to make a statement.

Perez's family made the arrangements for her to be smuggled into the U.S. She crossed the river on May 3, 2023, with three (3) other people and walked until she was picked up by a female driving a four (4) door green SUV that she was instructed to board by the guides. She was driven to the house where she was ultimately apprehended and told by the woman driver to go inside the house. Inside, she saw two (2) other females and later a man, she knows as Alan, arrived with pizza and water for them. Alan told them all to turn off their phones.

Perez was shown a photo lineup of six (6) male subjects and identified Jesus Alan Gonzalez-Perez as the man she knows as Alan and the caretaker of the home.